UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS FLOYD BRISETTE, SR., | ) | Case No. CV 13-9284-JGB (PJW) |
| Plaintiff, | ) ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) ) | AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JERRY BROWN, et al., | ) ) | |
| Defendants. | ) ) | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the motions to dismiss, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

   IT IS THEREFORE ORDERED that the Complaint is dismissed with leave to amend.

   DATED:   <u>May 26, 2016</u>.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

C:\Users\mgalvez\AppData\Local\Temp\notes1830FA\Order accep r&r.wpd