UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS FLOYD BRISETTE, SR., | ) | Case No. CV 13-9284-JGB (PJW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT RE: |
| | ) | DEFENDANTS' MOTION TO DISMISS |
| v. | ) | PLAINTIFF'S SECOND AMENDED |
| | ) | COMPLAINT AND ADOPTING FINDINGS, |
| JERRY BROWN, et al., | ) | CONCLUSIONS, AND RECOMMENDATIONS |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss Plaintiff's Second Amended Complaint, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the time for filing objections has expired and no objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss Plaintiff's official capacity claims and requests for injunctive and declaratory relief against Dr. Winslow and Dr. Wu be granted and

Defendants' motion to dismiss on all other claims except qualified immunity be denied.

DATED:     March 24, 2017 .

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE